610 October 23, 2024 No. 751

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of A. R. A. S.-F., aka A. R. S. F.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

L. K. C. M.,
aka L. C. M., aka L. C., aka L. M.,
*Appellant.*

Multnomah County Circuit Court
23JU03721;
Petition Number
T2023110;
A183924

Morgan Wren Long, Judge.

Submitted September 11, 2024.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Oregon Public Defense Commission, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Mooney, Presiding Judge, Lagesen, Chief Judge, and Hellman, Judge.

MOONEY, P. J.

Affirmed.

**MOONEY, P. J.**

Mother appeals a judgment terminating her parental rights to her two-year-old daughter, A. The juvenile court determined that termination of mother's rights was warranted under ORS 419B.504 (unfitness). On appeal, mother argues that the Department of Human Services (DHS) failed to prove that her mental health conditions, post-traumatic stress disorder (PTSD) and a delusional disorder, were seriously detrimental to A, making termination improper. Mother also argues that DHS failed to prove that termination is in A's best interest, making termination of her parental rights improper.

Our review is *de novo*, subject to a clear and convincing evidence standard of proof. *Dept. of Human Services v. T. L. M. H.*, 294 Or App 749, 750, 432 P3d 1186 (2018), *rev den*, 365 Or 556 (2019). We, thus, examine the record with "fresh eyes" and assess whether the evidence persuades us that it is "highly probable" that mother is unfit by reason of the conduct or conditions, as alleged by DHS, that are seriously detrimental to A, *Dept. of Human Services v. R. K.*, 271 Or App 83, 88-89, 351 P3d 68, *rev den*, 357 Or 640 (2015), and that termination of mother's parental rights is in A's best interest. *T. L. M. H.*, 294 Or App at 750. Having conducted that review, we are persuaded, by clear and convincing evidence, that it is improbable that A can be integrated into mother's home within a reasonable time. That is particularly so given the profound nature of mother's delusional disorder that renders her unable to provide safe and proper care to A, as evidenced by specific examples of mother's actions that are reflected in the record. We are persuaded that it is in A's best interest to terminate mother's parental rights. We affirm the judgment of termination under ORS 419B.504.

Affirmed.